

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00710-CV

**IN THE MATTER OF T.H.**, a Juvenile

From the 436th District Court, Bexar County, Texas
Trial Court No. 2023JUV00773
Honorable Velia J. Meza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's order dated October 18, 2024, denying pretrial habeas relief, is AFFIRMED. It is ORDERED that our previously-ordered stay of all trial court proceedings in cause no. 2023JUV00773 is LIFTED.

SIGNED July 16, 2025.

_____
Rebeca C. Martinez, Chief Justice